IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**Donelle Moten,**

        Plaintiff,

  v.                                 Case No. 2:20-cv-01766

**Emerson Electric Company and
InSinkErator**

        Defendants.

## STIPULATION OF DISMISSAL

The parties hereby stipulate that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and causes of action may be dismissed upon the merits, with prejudice and without costs to either party.

Dated this 27th day of September, 2021.

s/ Donelle Moten
Donelle Moten
2332 Howe Street
Mt. Pleasant, Wisconsin 53403
Email: Deviousrockmoten72@icloud.com
Telephone: (262) 676-3898

**PLAINTIFF**

s/ Jesse R. Dill
Jesse R. Dill
State Bar No. 1061704
Kayla A. McCann
State Bar No. 1106809
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
1243 N. 10th Street, Suite 200
Milwaukee, Wisconsin 53205
Email: jesse.dill@ogletree.com
Telephone: (414) 239-6410
Email: kayla.mccann@ogletree.com
Telephone: (414) 239-6402.

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of September, 2021, I caused to be served via U.S. Mail and E-mail, a true and correct copy of the foregoing filed **STIPULATION OF DISMISSAL** on the following individual:

Donelle Moten
2332 Howe Street
Mt. Pleasant, WI 53403
Email: deviousrockmoten72@icloud.com

s/ Karen L. Seidner
Karen L. Seidner
Practice Assistant

48489670.1